U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
MAY 14 2003
ROBERT H. SHEMWELL, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | * | CRIMINAL NO. 02-60033 |
| | | * | 21 U.S.C. § 846 |
| | | * | 21 U.S.C. § 841(a)(1) |
| VERSUS | | * | 21 U.S.C. § 841(b)(1)(A) |
| | | * | 21 U.S.C. § 853 |
| | | * | 18 U.S.C. § 2 |
| RAMON A. PANIAGUA | (01) | * | |
| BETZAIDA BUITRAGO | (02) | * | JUDGE DOHERTY |
| EDWIN EDGARDO BAUTISTA | (03) | * | |
| OSCAR RAUL CARDONA | (04) | * | MAGISTRATE JUDGE ~~HILL~~ METHVIN |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE**

21 U.S.C. § 846

Beginning on or about the 1st day of January 1999, until on or about the 17th day of March 2003, in the Western District of Louisiana and elsewhere, the defendants, RAMON A. PANIAGUA, BETZAIDA BUITRAGO, EDWIN EDGARDO BAUTISTA, and OSCAR RAUL CARDONA, did knowingly and intentionally combine, conspire, confederate and agree together, and with diverse other persons, known and unknown to the United States, to knowingly and intentionally possess with intent to distribute over five (5) kilograms of cocaine hydrochloride, which is a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(63)

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY
DATE 5/21/07

**OVERT ACTS**

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed and caused to be committed the acts set out below as well as the offenses alleged in Counts Two through Four of this indictment, which are incorporated herein by reference as overt acts.

all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A). [21 U.S.C. §§ 846 and 841(b)(1)(A)].

COUNT 2

**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

21 U.S.C. § 841(a)(1)

On or about the 4th day of November 2001, at Acadia Parish in the Western District of Louisiana and elsewhere, the defendants, RAMON A. PANIAGUA and BETZAIDA BUITRAGO, each aiding and abetting the other, did knowingly and intentionally possess with the intent to distribute more than five (5) kilograms of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)].

COUNT 3

**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

21 U.S.C. § 841(a)(1)

On or about the 12th day of December 2001, at Saint Martin Parish in the Western District of Louisiana and elsewhere, the defendants, EDWIN EDGARDO BAUTISTA and OSCAR RAUL CARDONA, each aiding and abetting the other, did knowingly and intention-

ally possess with the intent to distribute more than five hundred (500) grams of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)].

COUNT 4

**POSSESSION OF FIREARM**
**DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME**

18 U.S.C. § 924(c)(1)

On or about the 17th day of March 2003, at New Haven in the District of Connecticut, the defendant, RAMON A. PANIAGUA, knowingly carried a firearm, to wit: a K.B.I. Inc. Model SMC-380, .380 caliber semiautomatic pistol bearing Serial Number: 9317820, a High Point Model C semiautomatic .9 millimeter pistol bearing Serial Number: 819599, and a Smith & Wesson Model 1076 semiautomatic 10 millimeter pistol bearing Serial Number: TKF3828, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Possess with Intent to Distribute Cocaine as charged in Count One above, all in violation of Title 18, United States Code, Sections 924(c)(1). [18 U.S.C. §§ 924(c)(1)].

COUNT 5

**FORFEITURE**

21 U.S.C. §853

A. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853. [21 U.S.C. §853].

B. As a result of the violations alleged in Counts One through Four of this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from proceeds the defendants obtained directly or indirectly, as the result of said violations, and any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations, such property includes but is not limited to, the following:

1) one 1999 Ford Winstar Van, VIN: 2FMDA5340XBA61668, Connecticut License Plate: 538RGV, registered to Nieves Widillia, 130 Clinic Drive, Apartment 102, New Britain, Connecticut 26051;

2) one 1995 Ford Winstar Van, VIN: 2FMDA51495BB98913, Georgia License Plate: 2469ACX, registered to Edwin Edgardo Bautista, 2400 Emory Lane, Marietta, GA 30068; AND

3) $58,000.00, seized from the defendant, RAMON A. PANIAGUA, or equivalent deposited funds and all interest and proceeds traceable thereto.

C. By virtue of the commission of the offenses charged in this Indictment by the defendants, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to 21 U.S.C. §853.

D. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants -

1) cannot be located upon the exercise of due diligence;

2) has been transferred or sold to, or deposited with, a third person.

3) has been placed beyond the jurisdiction of the Court;

4) has been substantially diminished in value; or

5) has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendants, up to the value of the property identified above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853. [21 U.S.C. §853].

COUNT 6

**FORFEITURE**

18 U.S.C. § 924(d)(1)

A. The allegations contained in Count Four are incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

B. As a result of the violations in Count Four of this Indictment, the defendants shall forfeit to the United States any firearm or ammunition involved in or used in said violations, and any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations, such property includes but is not limited to the following:

1) one K.B.I. Inc. Model SMC-380, .380 caliber semiautomatic pistol bearing Serial Number: 9317820;

2) one High Point Model C semiautomatic .9 millimeter pistol bearing Serial Number: 819599; and

3) one Smith & Wesson Model 1076 semiautomatic 10 millimeter pistol bearing Serial Number: TKF3828

All in violation of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

FOREMAN: FEDERAL GRAND JURY

DONALD W. WASHINGTON
United States Attorney

BRETT L. GRAYSON, ID # 800099
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618