INTERP

# U.S. District Court
# Western District of Louisiana (Lafayette)
# CRIMINAL DOCKET FOR CASE #: 6:02-cr-60033-RFD-MEM-2

Case title: USA v. Paniagua, et al

Date Filed: 08/14/2002

---

Assigned to: Honorable Rebecca F Doherty
Referred to: Magistrate Judge Mildred E Methvin

**Defendant**

**Betzaida Buitrago** (2)

represented by **Jack D Miller**
Law Office of Jack D Miller
415 N Parkerson Ave
Crowley, LA 70526
337-788-0768
Fax: 337-788-3837
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Kevin Stockstill**
117 Caillouet Pl
Lafayette, LA 70501
337-262-0203
Fax: 337-266-2008
Email: kstockstill@bellsouth.net
*TERMINATED: 09/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY [signature]
DATE 5/21/07

**Pending Counts**

21:846; 841(b)(1)(A) CONSPIRACY TO DISTRIBUTE NARCOTICS - did knowingly and intentionally combine, conspire confederate and agree together to possess with intent to distribute cocaine hydrochloride, a Schedule II narcotic controlled substance (1s)

**Disposition**

Defendant is hereby committed to the custody of the Bureau of Prisons for 30 months per count to run concurrently and is remanded to the custody of the U S Marshal. The Court requests defendant be given credit for time served. Additionally, the Court requests that to the extent possible defendant's

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY
DATE

| | |
|---|---|
| | placement be (a) as near to her family in Connecticut and (b) in a facility where she can receive the intensive counseling she needs to address the emotional issues which have been identified. Upon release from imprisonment, defendant shall be on supervised release for 3 years per count to run concurrently with standard and special conditions. Defendant is to pay a special assessment of $200.00, due immediately |
| 21:841(a)(1); (b)(1)(A) NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II narcotic controlled substance<br>(2s) | Defendant is hereby committed to the custody of the Bureau of Prisons for 30 months per count to run concurrently and is remanded to the custody of the U S Marshal. The Court requests defendant be given credit for time served. Additionally, the Court requests that to the extent possible defendant's placement be (a) as near to her family in Connecticut and (b) in a facility where she can receive the intensive counseling she needs to address the emotional issues which have been identified. Upon release from imprisonment, defendant shall be on supervised release for 3 years per count to run concurrently with standard and special conditions. Defendant is to pay a special assessment of $200.00, due immediately |
| 21:853.F CRIMINAL FORFEITURES<br>(5s) | |
| 18:924(d)(1) SEIZURE, FORFEITURE AND DISPOSITION OF FIREARM<br>(6s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846; 841(b)(1)(A) CONSPIRACY TO DISTRIBUTE NARCOTICS - Did knowingly and intentionally combine, conspire, confederate and agree to knowingly and intentionally possess with intent to distribute cocaine | Dismissed by superseding indictment filed 5/14/03 |

hydrochloride, Schedule II narcotic controlled substance
(1)

21:841(a)(1); 841(b)(1)(A) NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - Aiding and abetting; did knowingly and intentionally possess with intent to distribute cocaine, Schedule II narcotic controlled substance
(2)

Dismissed by superseding indictment filed 5/14/03

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America**

represented by **Brett L Grayson**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
Fax: 337-262-6682
Email: brett.grayson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camille A Domingue**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
Fax: 337-262-6682
Email: camille.domingue@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2002 | 1 | SEALED INDICTMENT as to Ramon A Paniagua (1) count(s) 1, 2, Betzaida Buitrago (2) count(s) 1, 2, Edwin Edgardo Bautista (3) count(s) 1, 3, Oscar Raul Cardona (4) count(s) 1, 3 (Williams, C) (Entered: |

| | | |
|---|---|---|
| | | 08/16/2002) |
| 08/14/2002 | 3 | DEFENDANT INFORMATION sheet as to Betzaida Buitrago (Williams, C) (Entered: 08/16/2002) |
| 08/14/2002 | 6 | MINUTES OF Grand Jury Report before Magistrate Judge Mildred E Methvin as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona; Secret Indictment; warrants to issue. Tape 0947M-01 (Williams, C) (Entered: 08/16/2002) |
| 08/14/2002 | 8 | ARREST WARRANT issued as to Betzaida Buitrago NOE by cg to USM (Williams, C) (Entered: 08/16/2002) |
| 08/14/2002 | 11 | MOTION by USA as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona to seal indictment ; Motion referred to Magistrate Judge Mildred E Methvin (Williams, C) (Entered: 08/16/2002) |
| 08/14/2002 | 12 | ORDER granting [11-1] motion to seal indictment as to Ramon A Paniagua (1), Betzaida Buitrago (2), Edwin Edgardo Bautista (3), Oscar Raul Cardona (4) (Signed by Magistrate Judge Mildred E Methvin) NOE by cg (Williams, C) (Entered: 08/16/2002) |
| 09/09/2002 | 13 | ARREST WARRANT Returned Executed as to Betzaida Buitrago on 9/5/02; defendant arrested in Providence, RI (Williams, C) (Entered: 09/11/2002) |
| 09/17/2002 | 14 | MINUTE ENTRY: Initial Appearance and Arraignment set for 9/19/02 for Betzaida Buitrago before Magistrate Judge C M Hill (signed by Magistrate Judge C M Hill) NOE by gbr (Williams, C) (Entered: 09/18/2002) |
| 09/19/2002 | 15 | MINUTES OF Initial Appearance before Magistrate Judge C M Hill as to Betzaida Buitrago held. Tape 0872M-02 NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 15 | MINUTES OF Detention hearing before Magistrate Judge C M Hill as to Betzaida Buitrago held. Tape 0872M-02 NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 15 | MINUTES OF Arraignment before Magistrate Judge C M Hill held as to Betzaida Buitrago (2) count(s) 1, 2. Tape 0872M-02 NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | | PLEA entered by Betzaida Buitrago. Court accepts plea. Not Guilty: Betzaida Buitrago (2) count(s) 1, 2 . Jury trial set for 9:30 11/4/02 and Pretrial Conference set for 11:00 10/17/02 before Judge Rebecca F Doherty (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 16 | EXHIBIT LIST by USA as to Betzaida Buitrago filed during arraignment and detention hearing. (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 17 | APPEARANCE AND COMPLIANCE BOND entered by Betzaida Buitrago in Amount $50,000.00, Unsecured (Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | C M Hill) (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 18 | ORDER Setting Conditions of Release as to Betzaida Buitrago (Signed by Magistrate Judge C M Hill) NOE by sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 19 | ORDER as to Betzaida Buitrago: The Court determines that defendant is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel (Signed by Magistrate Judge C M Hill) NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 21 | CRIMINAL SCHEDULING ORDER as to Betzaida Buitrago setting Status/Pretrial Conference for 11:00 10/17/02 and Jury Trial for 9:30 11/4/02 before before Judge Rebecca F Doherty. The Court will rule on all motions without oral argument unless the parties are notified otherwise. The motions will be taken up on 10/15/02. Ordered that the parties shall complete and file with the Clerk a joint status report on or before 10/10/02 (Signed by Magistrate Judge C M Hill) NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/19/2002 | 22 | ORDER SETTING MOTION DEADLINES: Motion filing deadline set for 10/4/02 for Betzaida Buitrago . Responsive briefs are due 5 days following service of any motions, and are therefore due on 10/9/02 (Signed by Magistrate Judge C M Hill) NOE by cg/sem (McInnis, S) (Entered: 09/24/2002) |
| 09/20/2002 | 20 | CJA 20 as to Betzaida Buitrago: Appointment of Attorney Kevin Stockstill, Voucher #6001146 (Signed by Magistrate Judge C M Hill) (McInnis, S) (Entered: 09/24/2002) |
| 09/30/2002 | 23 | REQUEST for discovery by Betzaida Buitrago (McInnis, S) (Entered: 10/01/2002) |
| 10/02/2002 | 24 | REQUEST for discovery by Betzaida Buitrago (Williams, C) (Entered: 10/04/2002) |
| 10/07/2002 | 25 | MOTION by Betzaida Buitrago for Extension of Time to File a Motion to Suppress ; Authorized faxed Motion referred to Magistrate Judge Mildred E Methvin by Laf and referred to Judge Rebecca F Doherty by Laf (Williams, C) (Entered: 10/09/2002) |
| 10/07/2002 | 26 | ORDER granting [25-1] Motion for Extension of Time to File a Motion to Suppress as to Betzaida Buitrago (2); Defendant is granted one day from this date to file a Motion to Suppress. The opposition memorandum is due 10/14/02 (Signed by Magistrate Judge Mildred E Methvin) NOE by cg (Williams, C) (Entered: 10/09/2002) |
| 10/08/2002 | 27 | MOTION with Pretrial Memorandum by Betzaida Buitrago to Suppress ; Original Motion referred to Magistrate Judge Mildred E Methvin (no order attached) (Williams, C) (Entered: 10/09/2002) |

| | | |
|---|---|---|
| 10/08/2002 | 28 | ORDER granting [25-1] Motion for Extension of Time to File a Motion to Suppress; Defendant is granted until 10/8/02 to file a motion to suppress (Signed by Judge Rebecca F Doherty) NOE by cw (Williams, C) (Entered: 10/09/2002) |
| 10/08/2002 | 29 | JOINT STATUS REPORT by USA, Betzaida Buitrago (Williams, C) (Entered: 10/09/2002) |
| 10/08/2002 | 30 | MOTION with Memorandum of Authorities in Support by USA as to Betzaida Buitrago for continuance of trial ; Copy of motion and original order referred to Judge Rebecca F Doherty by Laf (Williams, C) (Entered: 10/10/2002) |
| 10/09/2002 | 33 | ORDER requiring supplemental brief on [27-1] motion to Suppress as to Betzaida Buitrago (2) on or before 10/14/02 (Signed by Magistrate Judge Mildred E Methvin ) NOE by cg (Reeves, T) (Entered: 10/11/2002) |
| 10/10/2002 | 31 | ORDER granting [30-1] motion for continuance of trial as to Betzaida Buitrago (2); continued Jury trial for the reason the ends of justice are served and continued pretrial conference before Judge Rebecca F Doherty (Signed by Judge Rebecca F Doherty) NOE by tr (Reeves, T) (Entered: 10/11/2002) |
| 10/10/2002 | 32 | MINUTE ENTRY as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona: counsel for the government is to notify this Court on or before 2/3/02 as to the status of the defendants (by Judge Rebecca F Doherty) NOE by tr (Reeves, T) (Entered: 10/11/2002) |
| 10/10/2002 | 34 | ANSWER by USA as to Betzaida Buitrago to [27-1] Motion to Suppress with Authorities in Opposition (X-FOLDER) (Williams, C) (Entered: 10/15/2002) |
| 10/15/2002 | 35 | SUPPLEMENTAL PRETRIAL MEMORANDUM by Betzaida Buitrago in support of [27-1] Motion to Suppress (Williams, C) (Entered: 10/16/2002) |
| 10/15/2002 | 36 | REQUEST for discovery by USA as to Betzaida Buitrago (Williams, C) (Entered: 10/16/2002) |
| 10/18/2002 | 37 | ORDER regarding [27-1] motion to Suppress as to Betzaida Buitrago (2); set evidentiary hearing for 9:00 11/6/02 for Betzaida Buitrago before Magistrate Judge Mildred E Methvin (Signed by Magistrate Judge Mildred E Methvin) NOE by cg (Reeves, T) (Entered: 10/21/2002) |
| 10/23/2002 | 38 | RESPONSE by Betzaida Buitrago to Request for Production of Documents by USA (Williams, C) (Entered: 10/23/2002) |
| 11/06/2002 | 39 | MINUTE ENTRY AND ORDER: Motion hearing reset for 12/16/02 for Betzaida Buitrago for [27-1] motion to Suppress . Further Ordered that the Government is sanctioned for necessitating a continuance of the hearing. Further Ordered that within 10 days of this date, defendant shall file with the Clerk a motion for award of costs and expenses supported by affidavits and all available receipts. Further Ordered that the government |

| | | |
|---|---|---|
| | | shall file any opposition ot the motion and affidavit within 10 days of receipt thereof. (signed by Magistrate Judge Mildred E Methvin) NOE by cg/sem (McInnis, S) (Entered: 11/07/2002) |
| 11/14/2002 | 40 | AFFIDAVIT of Costs by Betzaida Buitrago totaling $1,703.80, in response to this Court's [39-2] minute entry. NOE by cw to AUSA Grayson, Judge Methvin, C Guidry (Williams, C) (Entered: 11/15/2002) |
| 12/10/2002 | 41 | RULING ON AMOUNT OF SANCTIONS for Government's Necessitating Continuance of a Suppression Hearing as to Betzaida Buitrago; For reasons stated, Ordered that Betzaida Buitrago is awarded sanctions in the amount of $1,703.80. The Government shall forward a check payable to Betzaida Buitrago in the amount of $1,703.80 within 30 days of this date. (Signed by Magistrate Judge Mildred E Methvin) NOE by cw (Williams, C) (Entered: 12/11/2002) |
| 12/13/2002 | 42 | MOTION by USA as to Betzaida Buitrago for Reconsideration of [41-1] Ruling on Amount of Sanctions for Government's Necessitating Continuance of a Suppression Hearing ; Copy of motion and original order referred to Magistrate Judge Mildred E Methvin by Laf (Williams, C) (Entered: 12/16/2002) |
| 12/15/2002 | 44 | MINUTES OF Evidentiary (motion) hearing before Magistrate Judge Mildred E Methvin as to Betzaida Buitrago re: [27-1] Motion to Suppress; Motion hearing held. The court stated that a report and recommendation would be filed recommending denial of the motion to suppress. Court Reporter Mary Thompson NOE by cw (Williams, C) (Entered: 12/27/2002) |
| 12/15/2002 | 45 | WITNESS LIST by USA as to Betzaida Buitrago (Williams, C) (Entered: 12/27/2002) |
| 12/15/2002 | 45 | EXHIBIT LIST by USA as to Betzaida Buitrago (Williams, C) (Entered: 12/27/2002) |
| 12/17/2002 | 43 | ORDER denying [42-1] motion for Reconsideration of [41-1] Ruling on Amount of Sanctions for Government's Necessitating Continuance of a Suppression Hearing as to Betzaida Buitrago (2). (Signed by Magistrate Judge Mildred E Methvin) NOE by sem (McInnis, S) (Entered: 12/20/2002) |
| 01/31/2003 | 46 | FINDINGS AND RECOMMENDATION ON MOTION TO SUPPRESS of Magistrate Judge Mildred E Methvin as to Betzaida Buitrago recommending that the [27-1] Motion to Suppress be denied. Motion no longer referred. The parties have ten days from receipt of this report and recommendation to file specific, written objections with the Clerk of Court. NOE by cw (Williams, C) (Entered: 02/03/2003) |
| 02/26/2003 | 47 | RULING ON MOTION TO SUPPRESS, denying [27-1] Motion to Suppress as to Betzaida Buitrago (2) (Signed by Judge Rebecca F Doherty) NOE by cw (Williams, C) (Entered: 02/28/2003) |

| | | |
|---|---|---|
| 04/15/2003 | 53 | ORDER: Jury trial set for 9:30 6/16/03 and Pretrial conference for 11:00 5/28/03 for Betzaida Buitrago before Judge Rebecca F Doherty (Signed by Magistrate Judge Mildred E Methvin) NOE by cg/sem (McInnis, S) (Entered: 04/17/2003) |
| 04/24/2003 | 59 | MOTION with Memorandum in Support by USA as to Ramon A Paniagua, Betzaida Buitrago to continue trial ; Copy of motion and original order referred to Judge Rebecca F Doherty by Lafayette Clerk's Office (McInnis, S) (Entered: 04/29/2003) |
| 05/01/2003 | 60 | ORDER granting [59-1] motion to continue trial as to Ramon A Paniagua (1), Betzaida Buitrago (2). Jury trial reset for 9:30 9/8/03 before Judge Rebecca F Doherty . Pretrial conference reset for 3:00 8/14/03 before Judge Rebecca F Doherty (Signed by Judge Rebecca F Doherty) NOE by ms/sem (McInnis, S) (Entered: 05/02/2003) |
| 05/05/2003 | 61 | CRIMINAL SCHEDULING ORDER as to Ramon A Paniagua, Betzaida Buitrago setting Pretrial Conference for 3:00 8/14/03; Jury Trial set for 9:30 9/8/03; deadlines set before Judge Rebecca F Doherty. The Court will rule on all motions without oral argument unless the parties are notified otherwise. The motions will be taken up on 6/2/03. Ordered that on or before 8/7/03, the parties shall complete and file with the Clerk a joint status report (Signed by Judge Rebecca F Doherty) NOE by sem (McInnis, S) (Entered: 05/07/2003) |
| 05/05/2003 | 62 | ORDER: Motion filing deadline set for 5/20/03 for Ramon A Paniagua, for Betzaida Buitrago . Responsive briefs are due by 5/26/03 (Signed by Magistrate Judge Mildred E Methvin) NOE by sem (McInnis, S) (Entered: 05/07/2003) |
| 05/14/2003 | 63 | SUPERSEDING INDICTMENT as to Ramon A Paniagua (1) count(s) 1s, 2s, 4s, 5s, 6s, Betzaida Buitrago (2) count(s) 1s, 2s, 5s, 6s, Edwin Edgardo Bautista (3) count(s) 1s, 3s, 5s, 6s, Oscar Raul Cardona (4) count(s) 1s, 3s, 5s, 6s; Ramon A Paniagua (1) count(s) 1, 2, Betzaida Buitrago (2) count(s) 1, 2, Edwin Edgardo Bautista (3) count(s) 1, 3, Oscar Raul Cardona (4) count(s) 1, 3 dismissed (McInnis, S) (Entered: 05/21/2003) |
| 05/14/2003 | 65 | DEFENDANT INFORMATION sheet as to Betzaida Buitrago (McInnis, S) (Entered: 05/21/2003) |
| 05/14/2003 | 68 | SUMMONS(ES) issued for Betzaida Buitrago NOE by mem/cg to USM (McInnis, S) (Entered: 05/21/2003) |
| 05/14/2003 | 71 | MINUTES OF Grand Jury Report before Magistrate Judge Mildred E Methvin as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona; Secret Superseding Indictment; Ramon Paniagua in Federal Custody, Summons to issue for Betzaida Buitrago, Warrants to Issue for Edwin Edgardo Bautista and Oscar Raul Cardona. Court Reporter: FTR Digital (McInnis, S) (Entered: 05/21/2003) |
| 05/15/2003 | 72 | NOTICE OF HEARING: Initial Appearance and Arraignment set for 2:30 6/5/03 for Ramon A Paniagua, for Betzaida Buitrago before Magistrate |

| | | |
|---|---|---|
| | | Judge Mildred E Methvin NOE by cg (McInnis, S) Modified on 05/21/2003 (Entered: 05/21/2003) |
| 06/03/2003 | 73 | TRANSCRIPT filed in case as to Betzaida Buitrago for dates of 12/16/02 re: hearing on motion to suppress before Magistrate Judge Mildred E Methvin; Court Reporter: Mary V Thompson (1 Volumes, 63 Pages) (McInnis, S) Modified on 06/04/2003 (Entered: 06/04/2003) |
| 06/04/2003 | 74 | SUMMONS Returned Executed as to Betzaida Buitrago (McDonnell, D) Modified on 06/06/2003 (Entered: 06/05/2003) |
| 06/05/2003 | 76 | MINUTES OF Initial Appearance before Magistrate Judge Mildred E Methvin as to Betzaida Buitrago held (Defendant informed of rights.) The Defendant's bond and previous order of setting conditions of release is continued without change. Court Reporter: FTR Courtroom 7 NOE by cg/sem (McInnis, S) Modified on 06/09/2003 (Entered: 06/09/2003) |
| 06/05/2003 | 76 | MINUTES OF Arraignment before Magistrate Judge Mildred E Methvin held as to Betzaida Buitrago (2) count(s) 1s, 2s, 5s, 6s. Court Reporter: FTR Courtroom 7 NOE by cg/sem (McInnis, S) Modified on 06/09/2003 (Entered: 06/09/2003) |
| 06/05/2003 | | PLEA entered by Betzaida Buitrago. Court accepts plea. Not Guilty: Betzaida Buitrago (2) count(s) 1s, 2s, 5s, 6s . Pretrial Conference set for 3:00 before Judge Rebecca F Doherty . Jury trial set for 9:30 9/8/03 before Judge Rebecca F Doherty (McInnis, S) (Entered: 06/09/2003) |
| 08/08/2003 | 77 | JOINT STATUS REPORT by USA, Ramon A Paniagua, Betzaida Buitrago (McInnis, S) Modified on 08/12/2003 (Entered: 08/11/2003) |
| 08/13/2003 | 78 | JOINT MOTION by USA and by Ramon A Paniagua, Betzaida Buitrago to continue trial ; Motion referred to Judge Rebecca F Doherty (McInnis, S) (Entered: 08/14/2003) |
| 08/14/2003 | 80 | ORDER granting [78-1] joint motion to continue trial as to Ramon A (1), Betzaida Buitrago (2). Jury trial and pretrial conference set before Judge Rebecca F Doherty are continued to a later date to be fixed by the court . Further ordered that a new scheduling order will issue rescheduling the deadline for motion filing . Counsel are to jointly contact the court in order to set a new trial and pretrial date on or before 9/2/03 (Signed by Judge Rebecca F Doherty) NOE by ms/sem (McInnis, S) (Entered: 08/15/2003) |
| 08/25/2003 | 81 | MINUTE ENTRY: Jury trial reset for 3/15/04 for Ramon A Paniagua, for Betzaida Buitrago before Judge Rebecca F Doherty . Pretrial conference set for 9:30 2/26/04 for Ramon A Paniagua, for Betzaida Buitrago before Judge Rebecca F Doherty (signed by Judge Rebecca F Doherty) NOE by ms/sem (McInnis, S) (Entered: 08/26/2003) |
| 08/25/2003 | 84 | REQUESTED VOIR DIRE Questions by USA as to Ramon A Paniagua, Betzaida Buitrago (McDonnell, D) (Entered: 09/02/2003) |

| | | |
|---|---|---|
| 08/26/2003 | 82 | AMENDED SCHEDULING ORDER as to Ramon A Paniagua, Betzaida Buitrago resetting Jury Trial for 9:30 3/15/04 for Ramon A Paniagua, for Betzaida Buitrago; Pretrial Conference for 9:30 for Ramon A Paniagua, for Betzaida Buitrago; deadlines before before Judge Rebecca F Doherty (Signed by Magistrate Judge Mildred E Methvin) NOE by dm (McDonnell, D) (Entered: 08/27/2003) |
| 08/26/2003 | 83 | ORDER SETTING MOTION DEADLINES as to Ramon A Paniagua, Betzaida Buitrago set motion filing deadline for 9/11/03 ; responsive briefs are due on 9/16/03 (Signed by Magistrate Judge Mildred E Methvin) NOE by dm (McDonnell, D) (Entered: 08/27/2003) |
| 09/03/2003 | 85 | WAIVER of Speedy Trial by Betzaida Buitrago (McDonnell, D) (Entered: 09/05/2003) |
| 02/20/2004 | 103 | JOINT STATUS REPORT by USA, Ramon A Paniagua, Betzaida Buitrago (McInnis, S) (Entered: 02/25/2004) |
| 02/23/2004 | 102 | MINUTE ENTRY: Pretrial conference reset for 11:00 2/26/04 for Ramon A Paniagua, for Betzaida Buitrago, for Edwin Edgardo Bautista, for Oscar Raul Cardona before Judge Rebecca F Doherty (signed by Judge Rebecca F Doherty) NOE by ms (McInnis, S) (Entered: 02/24/2004) |
| 02/26/2004 | 105 | Pre-trial conference before Judge Rebecca F Doherty as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista held (McInnis, S) (Entered: 03/04/2004) |
| 03/01/2004 | 105 | MINUTE ENTRY as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista re: pretrial conference held 2/26/04. Counsel for USA and defendant, Bautista, are to meet no later than 3/1/04 to discuss plea negotiations. Counsel for defendant, Paniagua, is to notify the court no later than 2/27/04 as to whether a plea agreement has been reached. Counsel were notified that, in the event a continuance of this matter is granted, this case will be continued to 4/5/04 (signed by Judge Rebecca F Doherty) NOE by ms/sem (McInnis, S) (Entered: 03/04/2004) |
| 03/03/2004 | 107 | MOTION by Betzaida Buitrago for Daniel Stanford to withdraw as attorney ; Motion referred to Judge Rebecca F Doherty (McInnis, S) (Entered: 03/05/2004) |
| 03/03/2004 | 108 | MOTION by Betzaida Buitrago for J Kevin Stockstill to withdraw as attorney ; Motion referred to Judge Rebecca F Doherty (McInnis, S) (Entered: 03/05/2004) |
| 03/05/2004 | 111 | MOTION by Betzaida Buitrago to continue trial ; Copy of motion and original referred to Judge Rebecca F Doherty by Lafayette Clerk's Office (McInnis, S) (Entered: 03/08/2004) |
| 03/09/2004 | 113 | ORDER granting [107-1] motion for Daniel Stanford to withdraw as attorney (Terminated Daniel J Stanford) as to Betzaida Buitrago (2) (Signed by Judge Rebecca F Doherty) NOE by sem (McInnis, S) (Entered: 03/11/2004) |

| | | |
|---|---|---|
| 03/09/2004 | 114 | ORDER granting [108-1] motion for J Kevin Stockstill to withdraw as attorney as to Betzaida Buitrago (2) (Signed by Judge Rebecca F Doherty) NOE by sem (McInnis, S) (Entered: 03/11/2004) |
| 03/09/2004 | 115 | ORDER granting [106-1] motion to continue trial date as to Edwin Edgardo Bautista (3), granting [109-1] motion to continue trial as to Ramon A Paniagua (1), granting [111-1] motion to continue trial as to Betzaida Buitrago (2). Ordered that the trial shall be and is continued. Telephone conference set for 10:00 3/12/04 before Judge Rebecca F Doherty for the purpose of rescheduling the trial of this matter (Signed by Judge Rebecca F Doherty) NOE by ms (McInnis, S) (Entered: 03/11/2004) |
| 03/12/2004 | 116 | MINUTE ENTRY as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona : set scheduling order deadlines: Jury Trial for 9/7/04; Pretrial Conference for 4:00 8/24/04 before Judge Rebecca F Doherty (by Judge Rebecca F Doherty) NOE by dm (McDonnell, D) (Entered: 03/16/2004) |
| 03/15/2004 | 118 | AMENDED CRIMINAL SCHEDULING ORDER as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona setting Status/Pretrial Conference for 4:00 8/24/04; Jury Trial set for 9:30 9/7/04; The Court will rule on all motions without oral argument unless the parties are notified otherwise; The motions will be taken up on 4/12/04; Ordered that on or before 8/17/04, the parties shall complete and file a joint status report; deadlines set before Judge Rebecca F Doherty (Signed by Magistrate Judge Mildred E Methvin) NOE by sem (McInnis, S) (Entered: 03/18/2004) |
| 03/15/2004 | 119 | ORDER as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona: Motion filing deadline set for 3/30/04 . Responsive briefs are due by 4/5/04 (Signed by Magistrate Judge Mildred E Methvin) NOE by sem (McInnis, S) (Entered: 03/18/2004) |
| 03/19/2004 | 120 | WAIVER of Speedy Trial by Betzaida Buitrago (McInnis, S) (Entered: 03/22/2004) |
| 05/28/2004 | 126 | ORDER as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona that the entire record in this matter shall be and is sealed until further notice; FURTHER ORDERED that all court personnel, including, but not limited to, the Clerk of Court, the U S Probation Office, and the U S Marshal, are hereby instructed not to reveal any information concerning this case to anyone. Nothing in this order is intended to restrict law enforcement agencies or personnel from communicating information regarding this case for purposes related to the apprehension, arrest and/or prosecution of any defendant named in the indictment or anyone accused of criminal activity in assocation with the alleged threat to a material witness described herein (Signed by Judge Rebecca F Doherty) NOE by sem (McInnis, S) (Entered: 06/03/2004) |

| | | |
|---|---|---|
| 08/11/2004 | 139 | MOTION for Severance of Defendants by Betzaida Buitrago. (Attachments: # 1 Memorandum / Brief # 2 Exhibits # 3 Notice of Motion# 4 Text of proposed order)(McInnisSealed, Shannon) (Entered: 08/12/2004) |
| 08/13/2004 | 140 | RESPONSE by United States of America as to Betzaida Buitrago re 139 MOTION to Sever Defendant (Reevesseal, T) (Entered: 08/17/2004) |
| 08/13/2004 | 142 | MINUTE ENTRY as to Betzaida Buitrago re 139 MOTION to Sever Defendant filed by Betzaida Buitrago: Telephone Status Conference set for 8/18/2004 11:30 AM before Honorable Rebecca F Doherty. (Reevesseal, T) (Entered: 08/17/2004) |
| 08/18/2004 | 143 | JOINT STATUS REPORT by United States of America, Ramon A Paniagua, Betzaida Buitrago (McInnisSealed, Shannon) (Entered: 08/20/2004) |
| 08/18/2004 | 144 | ORDER granting 139 Motion to Sever Defendant as to Betzaida Buitrago (2). Signed by Judge Rebecca F Doherty on 8/18/04. (McInnisSealed, Shannon) (Entered: 08/20/2004) |
| 08/18/2004 | | TELEPHONESTATUS CONFERENCE as to Ramon A Paniagua, Betzaida Buitrago held before Judge Rebecca F Doherty on 8/18/2004 (McInnisSealed, Shannon) (Entered: 08/20/2004) |
| 08/18/2004 | | Set/Reset Hearings as to Betzaida Buitrago: Jury Trial set for 1/31/2005 09:30 AM before Honorable Rebecca F Doherty. Pretrial Conference set for 1/21/2005 11:30 AM before Honorable Rebecca F Doherty. (McInnisSealed, Shannon) (Entered: 08/20/2004) |
| 08/19/2004 | 145 | MINUTE ENTRY as to Ramon A Paniagua, Betzaida Buitrago re: telephone status conference held 8/18/04. The court granted defendant Buitrago's motion to sever. The court also discussed the motion to recuse attorney Daniel Stanford. Mr Stanford is to submit to the court and the U S Attorney the documents as discussed by 9/13/04. Should there continue to be a dispute, counsel for the government is to contact the court to initiate a telephone status conference. Signed by Judge Rebecca F Doherty on 8/18/04. (McInnisSealed, Shannon) (Entered: 08/20/2004) |
| 08/20/2004 | 148 | CRIMINAL SCHEDULING ORDER as to Betzaida Buitrago: Status Report due by 1/14/2005. Pretrial Conference set for 1/21/2005 11:30 AM before Honorable Rebecca F Doherty. Jury Trial set for 1/31/2005 09:30 AM before Honorable Rebecca F Doherty. Signed by Judge C Michael Hill on 8/19/04. (McInnisSealed, Shannon) (Entered: 08/24/2004) |
| 08/20/2004 | 149 | MINUTE ENTRY as to Betzaida Buitrago: Dispositive Motions due by 9/3/2004. Responsive briefs due by 9/10/04. Signed by Judge C Michael Hill on 8/19/04. (McInnisSealed, Shannon) (Entered: 08/24/2004) |
| 08/24/2004 | | MINUTE ENTRY as to Betzaida Buitrago: Jury Trial set for 3/7/2005 09:30 AM before Honorable Rebecca F Doherty. Pretrial Conference set for 2/18/2005 11:00 AM before Honorable Rebecca F Doherty. Signed by |

| | | |
|---|---|---|
| | | Judge Rebecca F Doherty on 8/23/04. (McInnisSealed, Shannon) (Entered: 08/26/2004) |
| 09/01/2004 | | MINUTE ENTRY as to Betzaida Buitrago: Jury Trial reset for 3/7/2005 09:30 AM before Honorable Rebecca F Doherty. Pretrial Conference reset for 2/18/2005 11:00 AM before Honorable Rebecca F Doherty. Signed by Judge Rebecca F Doherty on 9/1/04. (McInnisSealed, Shannon) (Entered: 09/08/2004) |
| 09/22/2004 | 154 | MOTION to Continue trial in interest of justice by United States of America as to Betzaida Buitrago referred by Lafayette office. (Attachments: # 1 Text of proposed order)(Reevesseal, T) (Entered: 09/27/2004) |
| 09/30/2004 | 155 | ORDER granting 154 Motion to Continue Trial in the interests of justice as to Betzaida Buitrago (2). Signed by Judge Rebecca F Doherty on 9/30/04. (McInnisSealed, Shannon) (Entered: 10/06/2004) |
| 10/06/2004 | 156 | CRIMINAL SCHEDULING ORDER as to Betzaida Buitrago: Status Report due by 3/4/2005. Pretrial Conference set for 3/11/2005 10:00 AM before Honorable Rebecca F Doherty. Jury Trial set for 4/4/2005 09:30 AM before Honorable Rebecca F Doherty.Signed by Judge Mildred E Methvin on 10/6/04. (McInnisSealed, Shannon) (Entered: 10/08/2004) |
| 10/06/2004 | 157 | ORDER as to Betzaida Buitrago: Dispositive Motions due by 10/19/2004. Responsive briefs due by 10/25/04. Signed by Judge Mildred E Methvin on 10/6/04. (McInnisSealed, Shannon) (Entered: 10/12/2004) |
| 12/30/2004 | 160 | MOTION for Permission of the Court to Leave the State by Betzaida Buitrago. (Attachments: # 1 Exhibits)(McInnisSealed, S) (Entered: 01/03/2005) |
| 01/04/2005 | 161 | ORDER granting 160 Motion for Permission of the Court to Leave the State as to Betzaida Buitrago (2) beginning 1/5/05 until 1/10/05. Signed by Judge Rebecca F Doherty on 1/4/05. (McInnisSealed, S) (Entered: 01/05/2005) |
| 03/03/2005 | 178 | NOTICE of Filing of Business Records by United States of America as to Betzaida Buitrago (Attachments: # 1 Exhibits)(McInnisSealed, S) (Entered: 03/03/2005) |
| 03/07/2005 | 179 | JOINT STATUS REPORT by Betzaida Buitrago, United States of America (McInnisSealed, S) (Entered: 03/08/2005) |
| 03/08/2005 | 180 | JOINT STATUS REPORT by Betzaida Buitrago, United States of America (McInnisSealed, S) (Entered: 03/08/2005) |
| 03/11/2005 | | MINUTES for proceedings held before Judge Rebecca F Doherty:PRETRIAL CONFERENCE as to Betzaida Buitrago held on 3/11/2005. (McInnisSealed, S) (Entered: 03/18/2005) |
| 03/16/2005 | 187 | MINUTE ENTRY as to Betzaida Buitrago re: Pretrial Conference held 3/11/05. Jury Trial set for 4/4/2005 09:30 AM before Honorable Rebecca |

| | | |
|---|---|---|
| | | F Doherty. Signed by Judge Rebecca F Doherty on 3/16/05. (McInnisSealed, S) (Entered: 03/18/2005) |
| 03/17/2005 | 186 | SECOND NOTICE of Filing Business Records by United States of America as to Betzaida Buitrago (Attachments: # 1 Exhibits)(McInnisSealed, S) (Entered: 03/18/2005) |
| 03/24/2005 | 190 | SEALED THIRD NOTICE of Filing of Business Records by United States of America as to Betzaida Buitrago (McInnisSealed, S) (Entered: 03/28/2005) |
| 03/25/2005 | 192 | SEALED FOURTH NOTICE of Filing of Business Records by United States of America as to Betzaida Buitrago (Attachments: # 1 Exhibits)(McInnisSealed, S) (Entered: 03/28/2005) |
| 03/29/2005 | 193 | JOINT PROPOSED JURY INSTRUCTIONS by Betzaida Buitrago, United States of America (crt,McInnisSealed, S) (Entered: 03/30/2005) |
| 03/29/2005 | 194 | SEALED PETITION for Writ of Habeas Corpus ad testificandum by Betzaida Buitrago. Motion referred by Lafayette Clerk's Office. (Attachments: # 1 Text of proposed order)(crt,McInnisSealed, S) (Entered: 03/30/2005) |
| 03/30/2005 | 195 | FIFTH NOTICE of Filing of Business Records by Betzaida Buitrago (crt,McInnisSealed, S) (Entered: 03/30/2005) |
| 03/30/2005 | 196 | SIXTH NOTICE of Filing of Business Records by Betzaida Buitrago (crt,McInnisSealed, S) (Entered: 03/30/2005) |
| 03/31/2005 | 198 | SEALED ORDER granting 194 Sealed Petition for Writ of Habeas Corpus ad testificandum as to Betzaida Buitrago (2) for the testimony of Ramon A Paniagua. Signed by Judge Patricia Minaldi on 3/31/05. Copies mailed to D Stanford, J Miller, W Blanchard, J Robideaux, and B Grayson on 4/1/05 by docket clerk. (crt,McInnisSealed, S) Modified text on 4/1/2005 (McInnisSealed, S). (Entered: 04/01/2005) |
| 03/31/2005 | 199 | WRIT of Habeas Corpus ad Testificandum Issued as to Ramon A Paniagua for 4/4/05 in case as to Betzaida Buitrago (crt,McInnisSealed, S) (Entered: 04/01/2005) |
| 04/01/2005 | 200 | MOTION to Unseal Indictmentby United States of America as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona. Motion referred by Lafayette Clerk's Office. (Attachments: # 1 Text of proposed order)(crt,McInnisSealed, S) (Entered: 04/04/2005) |
| 04/01/2005 | 201 | ORDER granting 200 Motion to Unseal Indictment as to Ramon A Paniagua (1), Betzaida Buitrago (2), Edwin Edgardo Bautista (3), Oscar Raul Cardona (4). Signed by Judge Rebecca F Doherty on 4/1/05. (crt,McInnisSealed, S) (Entered: 04/04/2005) |
| 04/04/2005 | 207 | MINUTES for proceedings held before Judge Rebecca F Doherty:VOIR DIRE begun/JURY TRIAL Day 1 held on 4/4/2005 as to Betzaida Buitrago (2) on Count 1s,2s,5s,6s. Case laid over to 4/5/05. (Court |

| | | |
|---|---|---|
| | | Reporter Cathleen Marquardt.) (crt,McInnis, S) (Entered: 04/07/2005) |
| 04/05/2005 | 202 | ORDER Appointing Interpreter Blanca E Mejia in case as to Betzaida Buitrago . Signed by Judge Rebecca F Doherty on 4/5/05. (crt,McInnis, S) (Entered: 04/06/2005) |
| 04/05/2005 | 203 | ORDER Appointing Interpreter Beatriz Wright in case as to Betzaida Buitrago . Signed by Judge Rebecca F Doherty on 4/5/05. (crt,McInnis, S) (Entered: 04/06/2005) |
| 04/05/2005 | 204 | INTERPRETERS WRITTEN OATH by Blanca E Mejia as to Betzaida Buitrago (crt,McInnis, S) (Entered: 04/06/2005) |
| 04/05/2005 | 205 | INTERPRETERS WRITTEN OATH by Beatriz Wright as to Betzaida Buitrago (crt,McInnis, S) (Entered: 04/06/2005) |
| 04/05/2005 | 206 | ORDER FOR RELEASE of Exhibit as to Betzaida Buitrago . Signed by Judge Rebecca F Doherty on 4/5/05. (crt,McInnis, S) (Entered: 04/06/2005) |
| 04/05/2005 | 208 | MINUTES for proceedings held before Judge Rebecca F Doherty:JURY TRIAL Day 2 as to Betzaida Buitrago held on 4/5/2005. Case laid over to 4/6/05. (Court Reporter Cathleen Marquardt.) (crt,McInnis, S) (Entered: 04/07/2005) |
| 04/06/2005 | 209 | MINUTES for proceedings held before Judge Rebecca F Doherty:JURY TRIAL Day 3 as to Betzaida Buitrago held on 4/6/2005. Case laid over to 4/7/05. (Court Reporter Cathleen Marquardt.) (crt,McInnis, S) (Entered: 04/07/2005) |
| 04/07/2005 | 211 | JOINT STIPULATION by Betzaida Buitrago, United States of America (Attachments: # 1 Exhibits)(crt,McInnis, S) (Entered: 04/08/2005) |
| 04/07/2005 | 212 | MINUTES for proceedings held before Judge Rebecca F Doherty:JURY TRIAL Day 4 as to Betzaida Buitrago held on 4/7/2005. Case laid over to 4/9/05. (Court Reporter Cathleen Marquardt.) (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | 213 | MINUTES for proceedings held before Judge Rebecca F Doherty:JURY TRIAL Day 5 as to Betzaida Buitrago held on 4/8/2005. The U S Marshal ordered to furnish the jury a meal during delibations. Jury verdict rendered. Defendant found guilty as to Count 1 and Count 2 of the superseding indictment. Defendant remanded to the custody of the U S Marshal. (Court Reporter Cathleen Marquardt.) (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | | ORAL MOTION for Judgment of Acquittal Pursuant to Rule 29 by Betzaida Buitrago. (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | | ORAL ORDER denying [] Oral Motion for Judgment of Acquittal Pursuant to Rule 29 as to Betzaida Buitrago (2). By Judge Rebecca F Doherty on 4/8/05. (crt,McInnis, S) (Entered: 04/11/2005) |

| | | |
|---|---|---|
| 04/08/2005 | | RE-URGED MOTION for Judgment of Acquittal by Betzaida Buitrago. (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | | ORAL ORDER denying [] Re-Urged Oral Motion for Judgment of Acquittal as to Betzaida Buitrago (2). By Judge Rebecca F Doherty on 4/8/05. (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | 214 | TRIAL EXHIBIT LIST by Betzaida Buitrago, United States of America (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | 216 | JURY NOTES as to Betzaida Buitrago (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | 217 | JURY VERDICT as to Betzaida Buitrago (2): Guilty on Count 1s,2s. (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/08/2005 | 218 | ORDER for Release of Exhbits to Jerry Stutes, DEA Task Force of Acadia Sheriff's Department as to Betzaida Buitrago . Signed by Judge Rebecca F Doherty on 4/8/05. (crt,McInnis, S) (Entered: 04/11/2005) |
| 04/14/2005 | 219 | WRIT of Habeas Corpus ad Testificandum for Ramon A Paniagua Returned Unexecuted in case as to Betzaida Buitrago. Paniagua did not testify at trial. (crt,McInnis, S) (Entered: 04/15/2005) |
| 06/29/2005 | 222 | MINUTE ENTRY as to Betzaida Buitrago: Sentencing set for 7/27/2005 11:00 AM before Honorable Rebecca F Doherty. If counsel intend to submit briefing concerning the sentence, defendant's brief shall be filed no later than 20 days prior to the hearing; Government's response shall be filed no later than 10 days after defendant's brief is filed. Signed by Judge Rebecca F Doherty on 6/29/05. (Gladys Brenke scheduled as the interpreter for this hearing) (crt,McInnis, S) (Entered: 06/30/2005) |
| 07/08/2005 | 224 | TRANSCRIPT of Proceedings as to Betzaida Buitrago for Trial Testimony of Edwin Edgardo Bautista held on 4/6/05 before Judge Rebecca F Doherty. Court Reporter: Cathleen E Marquardt. Volumes: 1, Pages: 122. (crt,Lanigan, P) (Entered: 07/12/2005) |
| 07/19/2005 | 225 | MINUTE ENTRY as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista: Sentencing hearings are hereby continued. The Court will reschedule the hearings for Mr Paniagua and Mr Buitrago and will schedule the hearing for Mr Bautista by telephone conference. Telephone Conference set for 7/27/2005 10:00 AM before Honorable Rebecca F Doherty. Signed by Judge Rebecca F Doherty on 7/19/05. (crt,McInnis, S) (Entered: 07/19/2005) |
| 07/19/2005 | | REMARK as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista: Interpreter, Gladys Brenke, notified of continued hearing by Courtroom Deputy. (crt,McInnis, S) (Entered: 07/19/2005) |
| 07/27/2005 | 226 | MINUTES for proceedings held before Judge Rebecca F Doherty:TELEPHONE STATUS CONFERENCE as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista held on 7/27/2005. Sentencing set for 8/12/2005 01:30 PM before Honorable Rebecca F |

| | | |
|---|---|---|
| | | Doherty and will proceed simultaneously for all three defendants. (crt,McInnis, S) (Entered: 07/27/2005) |
| 08/12/2005 | 227 | MINUTES for proceedings held before Judge Rebecca F Doherty:STATUS CONFERENCE as to Betzaida Buitrago held on 8/12/2005. The sentencing hearing is hereby continued without date.Telephone Conference set for 9/13/2005 before Honorable Rebecca F Doherty to provide a status update as to the matters that must be completed prior to the sentencing hearing. (crt,McInnis, S) (Entered: 08/16/2005) |
| 09/19/2005 | 238 | MINUTES for proceedings held before Judge Rebecca F Doherty :TELEPHONE CONFERENCE as to Betzaida Buitrago held on 9/19/2005 No later than the close of business on Monday, 9/19/05, counsel for the United States of America shall schedule a debriefing session for Betzaida Buitrago. The debriefing session shall be scheduled no later than 10/19/2005. Once process has been completed, counsel are to contact this Court jointly for the purpose of scheduling a sentencing hearing in this matter. If defendant refuses to participate in the session, counsel shall notify this Court within 48 hours of such a decision. (crt,Meuleman, Angella) (Entered: 09/20/2005) |
| 12/14/2005 | 245 | MINUTE ENTRY as to Betzaida Buitrago: Sentencing set for 3/15/2006 10:00 AM before Honorable Rebecca F Doherty. In the event that it becomes necessary to continue the 3/15/06 date, this court has reserved a back-up date of 4/13/06 at 10:00AM. If counsel intend to submit briefing concerning the sentence this Court will impose upon defendant, defendant's brief shall be filed no later than 20 days prior to the hearing; the Government's response shall be filed no later than 10 days after the defendant's brief is filed. Signed by Judge Rebecca F Doherty on 12/13/05. (crt,McInnis, S) (Entered: 12/14/2005) |
| 03/14/2006 | 246 | LETTERS OF REFERENCE filed under seal by U S Probation as to Betzaida Buitrago (crt,McInnisSealed, S) (Entered: 03/14/2006) |
| 03/15/2006 | 248 | MINUTES for proceedings held before Judge Rebecca F Doherty :SENTENCING held on 3/15/2006 for Betzaida Buitrago (2), Count(s) 1, 2, Dismissed by superseding indictment filed 5/14/03; Count(s) 1s, 2s Defendant is hereby committed to the custody of the Bureau of Prisons for 30 months per count to run concurrently and is remanded to the custody of the U S Marshal. The Court requests defendant be given credit for time served. Additionally, the Court requests that to the extent possible defendant's placement be (a) as near to her family in Connecticut and (b) in a facility where she can receive the intensive counseling she needs to address the emotional issues which have been identified. Upon release from imprisonment, defendant shall be on supervised release for 3 years per count to run concurrently with standard and special conditions. Defendant is to pay a special assessment of $200.00, due immediately. (Court Reporter Cathleen Marquardt.) (crt,Meuleman, A) (Entered: 04/04/2006) |

| | | |
|---|---|---|
| 03/15/2006 | 249 | EXHIBIT by Betzaida Buitrago - Certificate of Completion (crt,Meuleman, A) (Entered: 04/04/2006) |
| 03/17/2006 | 247 | MINUTE ENTRY as to Betzaida Buitrago: Counsel for the defendant withdrew from this matter immediately after filing a Notice of Appeal on her behalf. If defendant wishes to request appointed counsel to represent her on appeal, she should contact the Federal Public Defender in Lafayette, LA. Signed by Judge Rebecca F Doherty on 3/17/06. (crt,McInnis, S) (Entered: 03/20/2006) |
| 04/04/2006 | 250 | JUDGMENT as to Betzaida Buitrago (2), Count(s) 1, 2, Dismissed by superseding indictment filed 5/14/03; Count(s) 1s,2s Defendant is hereby committed to the custody of the Bureau of Prisons for 30 months per count to run concurrently and is remanded to the custody of the U S Marshal. The Court requests defendant be given credit for time served. Additionally, the Court requests that to the extent possible defendant's placement be (a) as near to her family in Connecticut and (b) in a facility where she can receive the intensive counseling she needs to address the emotional issues which have been identified. Upon release from imprisonment, defendant shall be on supervised release for 3 years per count to run concurrently with standard and special conditions. Defendant is to pay a special assessment of $200.00, due immediately. Signed by Judge Rebecca F Doherty on 3/29/06. (crt,Meuleman, A) (Entered: 04/04/2006) |
| 04/17/2006 | | TRANSCRIPT of Proceedings as to Betzaida Buitrago for Sentencing held on 3/15/06 before Judge Rebecca F Doherty. Court Reporter: Cathleen Marquardt. Volumes: 1, Pages: 42. (crt,McInnis, S) (Entered: 04/18/2006) |
| 05/04/2006 | 251 | NOTICE OF APPEAL by United States of America as to Betzaida Buitrago re 250 Judgment entered by Judge Rebecca F Doherty. FEE STATUS: FEE WAIVED FOR USA Transcript Order Form sent to Counsel/Appellant. (crt,Joffrion, B) (Entered: 05/05/2006) |
| 05/05/2006 | 252 | Transmission of Notice of Appeal and Docket Sheet as to Betzaida Buitrago to US Court of Appeals re 251 Notice of Appeal - Final Judgment (crt,Joffrion, B) (Entered: 05/05/2006) |
| 05/05/2006 | | Attorney update in case as to Ramon A Paniagua, Betzaida Buitrago, Edwin Edgardo Bautista, Oscar Raul Cardona. Attorney Camille A Domingue for United States of America added. (crt,Joffrion, B) (Entered: 05/05/2006) |
| 05/24/2006 | 254 | MOTION to Dismiss Appeal; by United States of America as to Betzaida Buitrago. (Attachments: # 1 Proposed Order)(crt,Meuleman, A) (Entered: 05/25/2006) |
| 05/30/2006 | 255 | ORDER granting 254 Motion to Dismiss Notice of Appeal without prejudice as to Betzaida Buitrago (2). Signed by Judge Rebecca F Doherty on 5/26/06. (crt,McInnis, S) (Entered: 05/30/2006) |

| | | |
|---|---|---|
| 05/21/2007 | 259 | SUPERVISED RELEASEE JURISDICTION TRANSFERRED to District of Rhode Island as to Betzaida Buitrago: Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (crt,Meuleman, A) (Entered: 05/21/2007) |